IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN HOWARD BUGGS : CIVIL ACTION

v. :

TENNIS, et al. : No. 09-3178

FILED
OCT 17 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 17th day of October, 2011, upon consideration of the pleadings and the record, and after review of the Report and Recommendation of Magistrate Judge Linda K. Caracappa, it is ordered that:

1. The Report and Recommendation is adopted;

2. Petitioner's petition for writ of habeas corpus is transferred to the Middle District of Pennsylvania; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
Edmund V. Ludwig, J.

cc: LKC